IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RONALD D. HARRIS JR., R10232, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) ) |
| DR. SHAH and WEXFORD HEALTH SOURCES, INC., | ) ) ) ) |
| Defendants. | ) ) |

Case No. 18-cv-2215-NJR

# JUDGMENT IN A CIVIL CASE

**ROSENSTENGEL, Chief Judge:**

This action came before the Court, Chief District Judge Nancy J. Rosenstengel, and the following decision was reached:

**JUDGMENT IS HEREBY ENTERED AGAINST** Plaintiff and **IN FAVOR OF** Defendants. Plaintiff shall recover nothing, and the action is **DISMISSED with prejudice**, the parties to bear their own costs. This dismissal **shall** count as a "strike" under 28 U.S.C. § 1915(g).

**DATED**: June 13, 2019

MARGARET M. ROBERTIE
CLERK of COURT

By: s/ *Tanya Kelley*
      Deputy Clerk

**APPROVED:** *s/ Nancy J. Rosenstengel*
      **NANCY J. ROSENSTENGEL**
      **Chief U.S. District Judge**